**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| |
|---|
| In re Application of REFINERÍA DE CARTAGENA S.A.S. for an Order Directing Discovery from THE BAUPOST GROUP, LLC Pursuant to 28 U.S.C. § 1782 |
| *Petitioner.* |

Case No. _____

## *EX PARTE* APPLICATION FOR JUDICIAL ASSISTANCE TO OBTAIN EVIDENCE FOR USE IN A FOREIGN PROCEEDING PURSUANT TO 28 U.S.C. § 1782

Petitioner Refinería de Cartagena S.A.S., hereby petitions this Court pursuant to 28 U.S.C. § 1782 for discovery in aid of foreign proceedings.

Petitioner seeks an order authorizing it to issue a document subpoena and a deposition subpoena to The Baupost Group, L.L.C. ("**Baupost**"), a hedge fund manager that maintains its principal place of business in this district. Baupost advises funds that are members of an ad hoc group of creditors (the "**Ad Hoc Group**") that hold secured debt of McDermott International Holdings B.V., f/k/a Comet II B.V., f/k/a Chicago Bridge & Iron Company N.V. ("**CB&I N.V.**") and CB&I UK Limited ("**CB&I UK**," and together with CB&I N.V., the "**CB&I Entities**").

Petitioner seeks discovery from Baupost for use in court-supervised restructuring proceedings that CB&I N.V. and CB&I UK have initiated in the Netherlands and England, respectively (the "Foreign Restructuring Proceedings"). Specifically, Petitioner seeks documents and testimony from Baupost related to the CB&I Entities' proposed restructuring plans, including (i) documents related to any valuation placed on CB&I UK, CB&I N.V. and/or McDermott International, Ltd. (the parent company of the CB&I Entities) by Baupost or its advisors or consultants, (ii) documents concerning the Transaction Support Agreement entered

1

into on September 8, 2023 between the McDermott Group, the Ad Hoc Group, the Steering Committee, and the other relevant stakeholders, and (iii) documents concerning CB&I UK's proposed "relevant alternative" in the English Proceedings and the conclusion that returns to the creditors in the "relevant alternative" would be materially worse than the return available to plan creditors through the restructuring. Petitioner seeks this information so that it can evaluate and challenge the restructuring plans and the valuation analyses submitted by the CB&I Entities in the Foreign Restructuring Proceedings, which will affect Petitioner's interest in an arbitral award that Petitioner holds against the CB&I Entities in the amount of USD $937,495,061 (not including interest and costs).

As explained in Petitioner's memorandum of law, filed simultaneously herewith, Petitioner is entitled to the relief sought because each of the statutory prerequisites for this Court to order discovery in aid of the Foreign Restructuring Proceedings is satisfied: (1) Baupost is found in this district; (2) the discovery sought is for use in the Foreign Restructuring Proceedings; and (3) Petitioner is an "interested person" within the meaning of 28 U.S.C. § 1782. Moreover, this Court should exercise its authority to grant the request because the requested discovery is not available in the Foreign Restructuring Proceedings, courts in England and the Netherlands are receptive to discovery obtained pursuant to 28 U.S.C. § 1782, the request does not seek to circumvent foreign proof-gathering restrictions or other policies of a foreign country or the United States, and the request is not unduly intrusive or burdensome. See Intel Corp. v. Advanced Micro Devices, Inc., 542 U.S. 241, 264-65 (2004).

WHEREFORE, Petitioner respectfully requests that the Court grant the Petition and authorize Petitioner to issue subpoenas to Baupost in the form attached hereto as Appendix A, and authorize Petitioner to issue additional subpoenas for the production of documents and/or

depositions of Baupost as Petitioner reasonably deems appropriate and as is consistent with the Federal Rules of Civil Procedure.

Dated: November 22, 2023                    Respectfully submitted,

/s/ *Kerrie C. Dent*
Kerrie Covell Dent
**KING & SPALDING LLP**
1700 Pennsylvania Avenue, NW
Suite 900
Washington, D.C. 20006
(202) 626-2394 (telephone)
kdent@kslaw.com

Mike Stenglein (*pro hac vice forthcoming*)
Matthew Vandenberg (*pro hac vice forthcoming*)
**KING & SPALDING LLP**
500 West 2nd Street, Suite 1800
Austin, Texas 78701
(512) 457-2000 (telephone)
mstenglein@kslaw.com
mvandenberg@kslaw.com

**ATTORNEYS FOR**
**REFINERÍA DE CARTAGENA S.A.S.**